UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| GARY REED and TOM VEVEA, *as Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund,* JAMES BRADY and KEITH KRAMER, *as Trustees of the Minnesota Laborers Vacation Fund,* GARY REED, DAN OLSON and CHRIS BORN, *as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust, and each of their successors*, | Civil No. 09-3635 (JRT/JSM) |
| Plaintiffs, | **ORDER FOR DISMISSAL** |
| v. | |
| NADEAU EXCAVATING, INC., | |
| Defendant. | |

_____

Pamela Hodges Nissen, **ANDERSON HELGEN DAVIS & NISSEN, LLC**, 150 South Fifth Street, Suite 3100, Minneapolis, MN 55402, for plaintiff.

Eric Brever, **FOSTER & BREVER, PLLC,** 2812 Anthony Lane South, Suite 200, St. Anthony, MN 55418, for defendant.

This matter is before the Court on the Stipulation of Dismissal filed by the parties on April 28, 2010 [Docket No. 11].

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** without costs to either party.

**IT IS SO ORDERED.**

DATED: April 29, 2010
at Minneapolis, Minnesota.

                                                                      s/ John R. Tunheim
                                                                        JOHN R. TUNHEIM
                                                              United States District Judge